IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-cv-00511-BR

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| KORNEGAY HEALTHCARE, INC.; ) | |
| GLENCARE ASSISTED LIVING, INC.; ) | |
| THOMAS M. MASSENGILL and CYNTHIA R. ) | |
| BALLARD, as Co-Administrators of the Estate of ) | |
| Thomas L. Massengill; THOMAS A. ELLIOTT, ) | |
| as Administrator of the Estate of Henry James ) | |
| Elliott; KEVIN DARRELL KING, as ) | |
| Administrator of the Estate of Exum Darrell ) | |
| King; ERNESTINE W. BEST, as Administratrix ) | |
| of the Estate of Hubert Ray Whitman; ) | |
| GLENDOLINE H. BOONE, as Administratrix of ) | |
| the Estate of Charles F. Crumpler, ) | |
| Defendants. ) | |

This matter is before the court on the Joint Motion to Stay Proceedings. For good cause shown, the motion is ALLOWED. All further activity in the subject civil action shall be stayed through and until February 29, 2012. Plaintiff shall file its Amended Complaint by March 2, 2012. Defendants need not file any responsive pleading until the Amended Complaint is actually served.

This 30 November 2011.

_____
W. Earl Britt
Senior U.S. District Judge